**Bruce W. Brewer,** OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT LEE,** | Case No.  3:15-cv-01226-PA |
| Plaintiff, | |
| | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,**<br>of Social Security<br>Administration,<br>Defendant. | |

Plaintiff has moved the Court for an order, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, granting an attorney fee in the amount of $5,422.98.  ECF#25.  Defendant has no objection to the amount of the fee being sought.  ECF#26.

It is hereby ORDERED that an attorney fee in the amount of $5,422.98, will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130 S.Ct. 2521 (2010).  If Plaintiff has no such debt then it is ORDERED that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney at

1 - ORDER FOR EAJA FEES

PO Box 421, West Linn, OR 97068.  If Plaintiff has such debt then it is ORDERED that the

check for any remaining funds after offset of the debt shall be made payable to Plaintiff and

mailed to Plaintiff's attorney at PO Box 421, West Linn, OR 97068.  There are no costs or

expenses to be paid herein.

DATED this **28** day of _____*Dec.*_____, 2016.

The Honorable Owen M. Panner
United States District Court Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-621-6633, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES